| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
ROBERT LY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 2:10-cr-42 MCE |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ROBERT LY, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant | Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, ROBERT LY, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 17, 2013, this Court sentenced Mr. Ly to a term of 108 months imprisonment;

3. His total offense level was 29, his criminal history category was III, and the resulting guideline range was 108 to 135 months;

4. The sentencing range applicable to Mr. Ly was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ly's total offense level has been reduced from 29 to 27, and his amended guideline range is 87 to 108 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ly's term of imprisonment to a total term of 87 months.

Respectfully submitted,

Dated: November 2, 2015                              Dated:  November 2, 2015

BENJAMIN B. WAGNER                             HEATHER E. WILLIAMS
United States Attorney                                   Federal Defender


 */s/  Jason Hitt*                                              */s/ Hannah R. Labaree*
JASON HITT                                                 HANNAH R. LABAREE
Assistant U.S. Attorney                                 Assistant Federal Defender

Attorney for Plaintiff                                      Attorney for Defendant
UNITED STATES OF AMERICA                  ROBERT LY

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ly is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2013 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Ly's shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

DATED: November 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT