AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00042-MCE   Document 261   Filed 11/18/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No: 2:10CR00042-MCE |
| ROBERT LY | ) |
| | ) USM No: 18991-097 |
| Date of Original Judgment: 05/17/2013 | ) |
| Date of Previous Amended Judgment: | ) Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 108 months **is reduced to** 87 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/17/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/10/2015

*Judge's signature*

Effective Date: 11/1/2015

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*   *Printed name and title*